UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-104 RHK/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT FERROZZO,<br><br>Defendant,<br><br>and<br><br>BIOGUARD PLASTICS,<br><br>Garnishee. | ) | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Scott Ferrozzo, Social Security Number, XXX-XX-3290, with the last known address of XXXXXX, Roseville, MN 55113.

The judgment was entered on August 14, 2002, for monetary impositions. The judgment was entered in the amount of $490,577.05.

As of April 9, 2007, after applying payments, if any, the balance on this judgment debt was $478,547.05 in principal.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

SCANNED
APR 19 2007
U.S. DISTRICT COURT ST. PAUL

writ issued

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Bioguard Plastics, 70 County Road C, Roseville, MN 55113

Dated: April 9, 2007

RACHEL K. PAULOSE
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600