UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-104 RHK/AJB

UNITED STATES OF AMERICA,
Plaintiff,

v.

SCOTT FERROZZO,
Defendant,

BIOGUARD PLASTICS,
Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment is hereby released.

Dated: February 20, 2008

s/ Arthur J. Boylan
Magistrate Judge
United States District Court